ARTHUR F. MARMILLION, Respondent, v. VASSAR PARK ESTATES CORP., Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

HARRY D. MENCHER, Respondent, v. MILTON J. SHUCK, Appellant.

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

## (August 31, 1961)

In the Matter of ANDERS J. ANDERSEN et al., Respondents, v. WILLIAM D. MEISSER et al., as Commissioners of the Board of Elections of Nassau County, Appellants.—

In our opinion, the designating petition was not timely presented and the court was without authority under the circumstances to direct the relief granted by the order appealed from. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.